

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00490-CR

Tezelle **MOORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 432nd District Court, Tarrant County, Texas
Trial Court No. 1276457R
The Honorable Ruben Gonzalez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 19, 2013.

Sandee Bryan Marion, Justice